Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of HOUSTON

Southern Division

United States Courts
Southern District of Texas
FILED
*December 05, 2024*

Nathan Ochsner, Clerk of Court

Case No. _____
(to be filled in by the Clerk's Office)

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Desireé Jeniece Walker

-v-

Jury Trial: (check one) ☒ Yes ☐ No

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Desireé Jeniece Walker
9014 Sterling Point Lane
Houston, Harris
Texas, 77044
(832) 509-9987
Desiree.walker5@gmail.com

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

| Defendant No. 1 | |
|---|---|
| Name | J.P. Morgan Securities LLC |
| Job or Title *(if known)* | Brokerage |
| Street Address | 1001 McKinney, Suite 1500 |
| City and County | Houston, Harris |
| State and Zip Code | Texas, 78703 |
| Telephone Number | 713-335-2135 |
| E-mail Address *(if known)* | Kdavis@Mcglinchy.com |

| Defendant No. 2 | |
|---|---|
| Name | Jaison C. John |
| Job or Title *(if known)* | Attorney |
| Street Address | 6464 Savoy Drive, Suite 600 |
| City and County | Houston, Harris |
| State and Zip Code | Texas, 77036 |
| Telephone Number | 713-934-7000 |
| E-mail Address *(if known)* | jjohn@johnandmorganlaw.com |

| Defendant No. 3 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 4 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| ✓ | Federal question | | Diversity of citizenship |
|---|---|---|---|

18 U.S.C. § 3146

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 3146

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    | | | |
    |---|---|---|
    | The plaintiff, *(name)* | | , is a citizen of the |
    | State of *(name)* | | . |

    b. If the plaintiff is a corporation

    | | | |
    |---|---|---|
    | The plaintiff, *(name)* | | , is incorporated |
    | under the laws of the State of *(name)* | | , |
    | and has its principal place of business in the State of *(name)* | | |
    | | | . |

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    | | | |
    |---|---|---|
    | The defendant, *(name)* | | , is a citizen of |
    | the State of *(name)* | | . Or is a citizen of |
    | *(foreign nation)* | | . |

    b. If the defendant is a corporation

    | | | |
    |---|---|---|
    | The defendant, *(name)* | | , is incorporated under |
    | the laws of the State of *(name)* | | , and has its |
    | principal place of business in the State of *(name)* | | . |
    | Or is incorporated under the laws of *(foreign nation)* | | , |
    | and has its principal place of business in *(name)* | | . |

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

    J.P. Morgan Brokerage Securities LLC failed to appear in court after years of trying to inform them of fraud. | Jaison C. John was to represent me for probate court, but took the retainer fee back after telling the courts that he returned it. He also failed to appear in court.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**IV. Relief**

The relief I am asking from the courts is to release the remaining funds of the brokerage from J.P. Morgan Securities LLC (9,673.92) that was unclaimed, but had a name on it. We took that beneficiary to court. Where the person admitted she should not be getting anything but the legal heirs. We have been informing them about fraudulent transactions and funds since 2019. I am the administrator of the estate of Tommy Lee Walker Jr. , probate number 480056. We have been fighting this fight with the LLC for years (2019- present) even showing the documentation of fraudulent activities. Jaison C. John was supposed to be my representative via August 17, 2023, but I have yet to receive any documentation or draft of his representation. When asked for an invoice for months, it was never received. He had returned my retainer fee ($3,000), but soon after telling the courts that he did, he stopped the check four days later. He returned the money AFTER I appealed in court ($500). On November 11, 2024 at 10 am, both parties were supposed to appear in court. They both wanted an extension from September 18, 2024 at 10 am. It was granted by Judge LaShawn A. Williams signed on August 27, 2024 to appear in court and failed to do so any judgment may be held against you. I sent my receipt twice saying that this is a Notice and Order on e-file. The file was accepted. I called twice to the courts to confirm the court date. The courts said yes. I appeared in court with a witness and no defendants on November 11, 2024 face to face or virtually. The doors did not open until 10:30 am, but my case was #11 on the docket. It was checked by the clerk when checking in.

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

| J.P. Morgan Securities LLC $6,000,000 | Jaison C. John $250,000 |
|---|---|

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

November 11, 2024 at 10am Both defendants failed to appear in court, face-to-face or virtually.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have     evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | November 18, 2024 |
|---|---|
| Signature of Plaintiff | Desiree Walker |

Desireé Jeniece Walker

Docket Number: 1229880

| | | |
|---|---|---|
| DESIREE JENIECE WALKER | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | AT LAW NO. THREE (3) |
| | § | |
| JP MORGAN BROKERAGE | § | HARRIS COUNTY, TEXAS |

## ORDER FOR TRIAL SETTING

It is hereby ORDERED that this case is SET for NON-JURY trial on **11/11/2024; at 10:00 AM.** The Courtroom is located a 201 Caroline, 5th floor Houston, TX 77002. You may appear virtually by agreement or for good cause shown. Notice to appear virtually must be filed within five business days of this setting.

It is further ORDERED that PLAINTIFF notify all attorneys or pro se parties of this ORDER by certified mail, return receipt requested immediately.

Parties shall be prepared to proceed to trial on this date. Pleadings of party(s) failing to appear may be stricken.

Should the case settle prior to trial, please email the Trial Coordinator at Vanessa_Richardson@ccl.hctx.net.

**If you fail to appear, a judgment may be taken against you and/or your claims may be dismissed for want of prosecution.**

Signed on: 8/27/2024

LaShawn A. Williams
Judge Presiding

DESIREE JENIECE WALKER
9014 STERLING POINT LN
HOUSTON TX 77044

Form No. CV3011 (Rev. 12/7/2023)

Desiree Jeniece Walker
9014 Sterling Point Lane
Houston, Texas 77044

HOUSTON TX RPDC 773
18 NOV 2024 PM 5 L

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, Texas 77208

77208-101010